IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| Diane Widemon (\*\*\*-\*\*-3654) | * Case No. 13-60030 |
| 1227 South Augusta | * Chapter 13 |
| Tyler, TX 75701 | * |
| Debtor(s) | * |

## AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS

On this day, the Court considered the Motion to Dismiss with Prejudice for 120 Days as filed by John J. Talton, Chapter 13 Trustee herein, such Motion being based upon the failure of the Debtor(s) to attend the scheduled 341 meeting. The Trustee and the Debtor(s) have reached an agreement that the Debtor(s) will have one more opportunity to attend a rescheduled 341 meeting. After due consideration, the Court was of the opinion that the agreement should be approved.

IT IS FURTHER ORDERED that the 341 creditor's meeting is rescheduled for the Debtor(s) for May 7, 2013, at 9:00 a.m. at the offices of the Trustee at 110 North College, 12th Floor, Tyler, TX 75702. The Debtor(s), if necessary, shall give proper notice of the day, time, and location of this reset 341 meeting.

IT IS FURTHER ORDERED that the Debtor(s) shall attend this rescheduled 341 Creditor's Meeting.

IT IS FURTHER ORDERED that, in the event the Debtor(s) fail to attend this rescheduled 341 meeting, this case will be automatically dismissed with prejudice for 120 days without further notice or motion upon the submission to the Court a Certification of Non-Compliance by the Trustee along with a proposed Order of Dismissal.

Signed on 04/17/2013

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

_____
John J. Talton, Chapter 13 Trustee

_____
William H. Lively, Jr.,
Attorney for Debtor(s)